**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 05-7405**

————————————

WILLIAM JAMES JONES,

Plaintiff - Appellant,

versus

PATRICIA R. STANSBERRY,

Defendant - Appellee.

————————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (CA-05-342-5-H)

————————————

Submitted: April 27, 2006                    Decided: May 3, 2006

————————————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

William James Jones, Appellant Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William James Jones, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000) because the motion should have been brought pursuant to 28 U.S.C. § 2255 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jones v. Stansberry, No. CA-05-342-5-H (E.D.N.C. July 12, 2005). We deny Jones' motion to file a formal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED